585 A.2d 395

DENNIS N. GIORDANO v. ANDOVER REGIONAL
BOARD OF EDUCATION.

October 16, 1990.

Petition for certification denied.

585 A.2d 395

ESTHER LANZET v. LAWRENCE M. GREENBERG, M.D.

October 16, 1990.

Petition for certification granted. (See 243 *N.J.Super.* 218, 579 *A.*2d 309)

585 A.2d 396

STATE OF NEW JERSEY v. IKE WILLIAMS.

October 16, 1990.

Petition for certification denied.

585 A.2d 396

STATE OF NEW JERSEY v. ALI FARD MUHAMMAD.

October 16, 1990.

Petition for certification denied.

585 A.2d 396

STATE OF NEW JERSEY v. LAMONT HOLMES.

October 16, 1990.

Petition for certification denied.